Morris Investment Company, Appellant, v. Dayton Ballis, Trading as Dayton Currency Exchange, M. Dent and Don Sims, Appellees.

Gen. No. 44,104. 

opinion filed November 13, 1947; released for publication December 13, 1947. Jesse Marcus, for appellant; Louis A. Rosenthal, for appellees. Opinion by JUSTICE SCANLAN. Not to be published in full.

Alois Zydeck, Appellee, v. Chicago and Northwestern Railway Company, Appellant.

Gen. No. 43,841. 

opinion filed November 13, 1947; rehearing denied December 12, 1947; released for publication December 13, 1947. Lowell Hastings, Drennan J. Slater and James B. O'Shaughnessy, for appellant; Kelner & Kelner and Lester E. Williams, for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.